UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:14-1238 |
| | ) | JUDGE CAMPBELL |
| AETNA HEALTH, INC. | ) | |

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE