# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IMPULSE MONITORING, INC., ) ) Plaintiff, ) ) v. ) ) AETNA HEALTH, INC., ) ) Defendant. ) | Civil No. 3:14-1238 Judge Trauger |

## **O R D E R**

Upon the transfer of this case to Judge Trauger from Judge Nixon (Docket No. 8), it is hereby **ORDERED** that the reference to the Magistrate Judge is hereby **WITHDRAWN**, and the initial case management conference before Magistrate Judge Bryant on July 28, 2014 is **CANCELLED**.

It is hereby **ORDERED** that the Clerk shall issue Judge Trauger's standard Notice Setting The Initial Case Management Conference before her on July 28, 2014 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge