# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1238 |
| | ) | Judge Trauger |
| AETNA HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Given the pendency of a motion to transfer this action to an MDL, it is hereby ORDERED that the initial case management conference scheduled for August 15, 2014 is CONTINUED, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

ENTER this 30th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge